# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NYLES EARLMONDO JOHNSON,<br>a/k/a Fred Jones,<br><br>Defendant. | No. CR06-4031-MWB<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING DEFENDANT'S GUILTY PLEA** |

_____

## *I. INTRODUCTION AND BACKGROUND*

On March 23, 2006, an indictment was returned against defendant Nyles Earlmondo Johnson, charging defendant, having previously been convicted of a felony drug offense, with conspiring to distribute 50 grams or more of crack cocaine, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), 846 and 851, and, with having previously been convicted of a felony drug offense, possessing with intent to distribute 5 grams or more of crack cocaine, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), and 851, and distributing crack cocaine, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C).  On September 14, 2006, defendant appeared before United States Magistrate Judge Paul A. Zoss and entered a plea of guilty to Counts of 1, 2 and 3 of the indictment.  On September 15, 2006, Judge Zoss filed a Report and Recommendation in which he recommends that defendant's guilty plea be accepted.  No objections to Judge Zoss's Report and Recommendation were filed. The court, therefore, undertakes the necessary review of Judge Zoss's recommendation to accept defendant's plea in this case.

## II.  ANALYSIS

Pursuant to statute, this court's standard of review for a magistrate judge's Report and Recommendation is as follows:

> A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made. A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate [judge].

28 U.S.C. § 636(b)(1). Similarly, Federal Rule of Civil Procedure 72(b) provides for review of a magistrate judge's Report and Recommendation on dispositive motions and prisoner petitions, where objections are made, as follows:

> The district judge to whom the case is assigned shall make a de novo determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made in accordance with this rule. The district judge may accept, reject, or modify the recommended decision, receive further evidence, or recommit the matter to the magistrate judge with instructions.

FED. R. CIV. P. 72(b).

In this case, no objections have been filed, and it appears to the court upon review of Judge Zoss's findings and conclusions, that there is no ground to reject or modify them. Therefore, the court **accepts** Judge Zoss's Report and Recommendation of September 14, 2006, and accepts defendant's plea of guilty in this case to Counts 1, 2 and 3 of the indictment. However, the court will not decide whether to accept the terms of the defendant's plea agreement in this case until the court has reviewed defendant's presentence report.

**IT IS SO ORDERED.**

**DATED** this 15th day of September, 2006.

                                          MARK W. BENNETT
                                          CHIEF JUDGE, U. S. DISTRICT COURT
                                          NORTHERN DISTRICT OF IOWA