# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>NYLES EARLMONDO JOHNSON,<br>a/k/a Fred Jones,<br><br>      Defendant. | No. CR06-4031-MWB<br><br>**ORDER ACCEPTING TERMS OF DEFENDANT'S PLEA AGREEMENT WHICH WERE INCLUDED AS PART OF DEFENDANT'S GUILTY PLEA** |

_____

On September 15, 2006, the court accepted Judge Zoss's Report and Recommendation of September 14, 2006, and accepted defendant's plea of guilty in this case to Counts 1, 2 and 3 of the indictment. However, the court reserved whether to accept the terms of defendant's plea agreement in this case until the court had reviewed defendant's presentence report. The court has now reviewed defendant's presentence report and accepts the terms of defendant's plea agreement in this case.

    **IT IS SO ORDERED.**

    **DATED** this 2nd day of January, 2007.

_____
MARK W. BENNETT
CHIEF JUDGE, U. S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA